**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 7 MAL 2023

Respondent   :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

v.   :

GILBERT NEWTON, III,   :

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.